**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward Siel | Social Security number or ITIN  xxx–xx–4068 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Linda R. Siel | Social Security number or ITIN  xxx–xx–4773 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–18647–CMG | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward Siel                                                    Linda R. Siel

8/4/17                                                         **By the court:**    Christine M. Gravelle
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-18647-CMG
Edward Siel                                                                 Chapter 7
Linda R. Siel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 04, 2017
                              Form ID: 318             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.
```
db/jdb         Edward Siel,    Linda R. Siel,    35 Hummingbird Ct,    Marlboro, NJ 07746-2510
516793009      Chase Mortgage,    Customer Support-Mail Code OH4-7302,    PO Box 24696,
                Columbus, OH 43224-0696
516793011      PNC Bank,    Centralized Customer Assistance,    PO Box 1366,    Pittsburgh, PA 15230-1366
516793012      PNC Bank Card Services,    Customer Service,    PO Box 3429,    Pittsburgh, PA 15230-3429
516793014      Santander Card Services,    Customer Service,    PO Box 841002,    Boston, MA 02284-1002
516793015      Shellpoint Mortgage Servicing,    a Div of Penn Financial - Cust Svc,    PO Box 10826,
                Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QTJORR.COM Aug 04 2017 22:38:00       Thomas Orr,    Law Office of Thomas J. Orr,
                321 High Street,    Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 22:56:21       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 22:56:16       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516793007       EDI: BANKAMER.COM Aug 04 2017 22:38:00       Bank of America,    Customer Service,    PO Box 982235,
                El Paso, TX 79998-2235
516793008       EDI: AIS.COM Aug 04 2017 22:38:00       Capital One - Bankruptcy Department,
                c/o American Info Source,    PO Box 54529,    Oklahoma City, OK 73154-1529
516793010       EDI: TSYS2.COM Aug 04 2017 22:38:00       Juniper/BarclayCard,    Customer Service,    PO Box 8802,
                Wilmington, DE 19899-8802
516793013       EDI: RMSC.COM Aug 04 2017 22:38:00       Q Card - Synchrony Bank,    Bankruptcy Department,
                PO Box 965060,    Orlando, FL 32896-5060
516798811      +EDI: RMSC.COM Aug 04 2017 22:38:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516793016       EDI: WFNNB.COM Aug 04 2017 22:38:00       Total Rewards Visa,    Comenity Bank Bankruptcy Dept,
                PO Box 182125,    Columbus, OH 43218-2125
516793018       E-mail/Text: vci.bkcy@vwcredit.com Aug 04 2017 22:56:26       Volkswagen Credit,
                Customer Service,    PO Box 3,    Hillsboro, OH 97123-0003
516793017       E-mail/Text: vci.bkcy@vwcredit.com Aug 04 2017 22:56:26       Volkswagen Credit,
                Customer Service,    PO Box 3,    Hillsboro, OR 97123-0003
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE
               SERVICING dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Peter  Broege    on behalf of Debtor Edward  Siel pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Peter  Broege    on behalf of Joint Debtor Linda R. Siel pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```