UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609) 386-8700
Chapter 7 Trustee

In Re: Siel, Edward & Linda

Case No. 17-18647
Adv. No. N/A
Hearing Date: N/A
Judge: CMG

Order Filed on August 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER EXTENDING DEADLINES TO OBJECT TO EXEMPTIONS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 5, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: EDWARD & LINDA STEE

Case No: 17-18647 (CMG)

Caption of Order: Consent Order Extending Deadlines To Object to Exemptions

The deadline for the Trustee to file a motion objecting to exemptions in:

All assets

is extended to: 9-30-17

Dated: 7-10-17

/s/Thomas J. Orr, Trustee

Dated: 7-10-17

Attorney for Debtor(s)
PETER J. BROEGE

-2-