UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Chapter 7 Trustee

In Re:

Sid, Edward
& Linda

Case No. 17-18647

Adv. No. N/A

Hearing Date: N/A

Judge: CMG

Order Filed on August 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER EXTENDING DEADLINES TO OBJECT TO EXEMPTIONS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: August 5, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: EDWARD & LINDA STEL

Case No: 17-18647 (CMG)

Caption of Order: Consent Order Extending Deadlines To Object to Exemptions

The deadline for the Trustee to file a motion objecting to exemptions in:

All assets

is extended to:  9-30-17

Dated: 7-10-17

/s/Thomas J. Orr, Trustee

Dated: 7-10-17

Attorney for Debtor(s)
PETER J. BROEGE

-2-

United States Bankruptcy Court
District of New Jersey

In re:  
Edward Siel  
Linda R. Siel  
    Debtors

Case No. 17-18647-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 07, 2017  
                                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.  
db/jdb        Edward Siel,    Linda R. Siel,    35 Hummingbird Ct,    Marlboro, NJ    07746-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Peter Broege    on behalf of Debtor Edward Siel pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com  
        Peter Broege    on behalf of Joint Debtor Linda R. Siel pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com  
        Thomas Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com  
        Thomas Orr    on behalf of Trustee Thomas Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                               TOTAL: 6