UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-18647 |
| SIEL, EDWARD | Chapter: 7 |
| SIEL, LINDA R. | Judge: CMG |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Thomas J. Orr, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on October 10, 2017 at 10:00 A.M. at the United States Bankruptcy Court, courtroom no. 3, (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of Action:
The debtors own life insurance policies with cash surrender values. After exemptions, there is about $9,833 in non-exempt equity.

Pertinent terms of settlement:

The debtors will pay $9,000 in settlement of the cash surrender value in the life insurance policies.

Objections must be served on, and requests for additional information directed to:

Name: /s/Thomas J. Orr, Chapter 7 Trustee

Address: 321 High Street, Burlington, NJ 08016

Telephone No.: (609)386-8700

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18647-CMG
Edward Siel                                                             Chapter 7
Linda R. Siel
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1                Date Rcvd: Sep 07, 2017
                               Form ID: pdf905          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db/jdb         Edward Siel,    Linda R. Siel,    35 Hummingbird Ct,    Marlboro, NJ  07746-2510
516793007     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    Customer Service,    PO Box 982235,
                El Paso, TX  79998-2235)
516793009      Chase Mortgage,    Customer Support-Mail Code OH4-7302,    PO Box 24696,
                Columbus, OH  43224-0696
516793010      Juniper/BarclayCard,    Customer Service,    PO Box 8802,    Wilmington, DE  19899-8802
516793011      PNC Bank,    Centralized Customer Assistance,    PO Box 1366,    Pittsburgh, PA  15230-1366
516793012      PNC Bank Card Services,    Customer Service,    PO Box 3429,    Pittsburgh, PA  15230-3429
516793014      Santander Card Services,    Customer Service,    PO Box 841002,    Boston, MA  02284-1002
516793015      Shellpoint Mortgage Servicing,    a Div of Penn Financial - Cust Svc,    PO Box 10826,
                Greenville, SC  29603-0826
516793016      Total Rewards Visa,    Comenity Bank Bankruptcy Dept,    PO Box 182125,
                Columbus, OH  43218-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516793008      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2017 01:39:09
                Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
                Oklahoma City, OK  73154-1529
516793013      E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:26     Q Card - Synchrony Bank,
                Bankruptcy Department,    PO Box 965060,   Orlando, FL  32896-5060
516798811     +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:50     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516793018      E-mail/Text: vci.bkcy@vwcredit.com Sep 08 2017 01:21:40     Volkswagen Credit,
                Customer Service,    PO Box 3,   Hillsboro, OH  97123-0003
516793017      E-mail/Text: vci.bkcy@vwcredit.com Sep 08 2017 01:21:40     Volkswagen Credit,
                Customer Service,    PO Box 3,   Hillsboro, OR  97123-0003
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE
               SERVICING dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Peter   Broege    on behalf of Debtor Edward  Siel pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Peter   Broege    on behalf of Joint Debtor Linda R. Siel pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6