UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

Order Filed on October 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SIEL, EDWARD and
SIEL, LINDA R.,

Debtors.

Case No. 17-18647

Judge: CMG

Chapter: 7

## STIPULATION AND CONSENT ORDER APPROVING SETTLEMENT

The relief set forth on the following page is hereby **ORDERED**

DATED: October 4, 2017

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Siel, EdwardSiel, Linda R., Debtors
Case No: 17-18647 (CMG)
Caption of Order: Stipulation and Consent Order Approving Settlement

**WHEREAS,** on April 28, 2017, the debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code;

**WHEREAS,** on July 10, 2017, Thomas J. Orr was appointed to serve as Chapter 7 Trustee and qualified for and accepted the appointment;

**WHEREAS,** the debtors own life insurance policies with cash surrender values. After exemptions, there is about $9,833 in non-exempt equity.

**NOW, THEREFORE,** intending to be legally bound, the parties stipulate and agree as follows:

The debtors will pay $9,000 in settlement of the cash surrender value in the life insurance policies.

The terms of the settlement shall be noticed to creditors pursuant to Fed. R. Bankr. Proc. 9019 and, in the event either: (1) no objections thereto are timely filed and served; or (2) the Bankruptcy Court, after a hearing, overrules any such objection and approves the terms of the settlement, this Stipulation of Settlement shall be entered as an Order of the Bankruptcy Court, in the Court's discretion. In the event the Court sustains an objection or otherwise fails to approve Stipulation of Settlement, the resolution embodied in this agreement shall be void.

Counsel to the respective parties represent and warrant that they have been authorized to execute this Stipulation on behalf of their clients and bind them to the terms of this agreement.

/s/Thomas J. Orr
Trustee

Dated: August 29, 2017

/s/Peter Broege
Attorney for Debtors

Dated: 9·6·17

United States Bankruptcy Court
District of New Jersey

In re:  
Edward Siel  
Linda R. Siel  
    Debtors

Case No. 17-18647-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 04, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.  
db/jdb         Edward Siel,    Linda R. Siel,    35 Hummingbird Ct,    Marlboro, NJ   07746-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Peter Broege    on behalf of Debtor Edward Siel pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com  
       Peter Broege    on behalf of Joint Debtor Linda R. Siel pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com  
       Thomas Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com  
       Thomas Orr    on behalf of Trustee Thomas Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                   TOTAL: 6