**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609–858–9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17–18647–CMG | **DATE FILED::** 4/28/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Edward Siel<br>xxx–xx–4068<br><br>Linda R. Siel<br>xxx–xx–4773 | ADDRESS OF DEBTOR(S):<br><br>35 Hummingbird Ct<br>Marlboro, NJ 07746–2510<br><br>35 Hummingbird Ct<br>Marlboro, NJ 07746–2510 |
| DEBTOR'S ATTORNEY:<br>Peter Broege<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br><br>(732) 223–8484<br><br>Peter Broege<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br><br>(732) 223–8484 | TRUSTEE:<br>Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016–4496<br>(609) 386–8700 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/3/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: October 10, 2017                                    FOR THE COURT
                                                                              Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-18647-CMG
Edward Siel                                                     Chapter 7
Linda R. Siel
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 1                  Date Rcvd: Oct 10, 2017
                              Form ID: noa                Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db/jdb         Edward Siel,   Linda R. Siel,   35 Hummingbird Ct,    Marlboro, NJ 07746-2510
516793009      Chase Mortgage,   Customer Support-Mail Code OH4-7302,   PO Box 24696,
                Columbus, OH 43224-0696
516793011      PNC Bank,   Centralized Customer Assistance,   PO Box 1366,   Pittsburgh, PA 15230-1366
516793012      PNC Bank Card Services,   Customer Service,   PO Box 3429,   Pittsburgh, PA 15230-3429
516793014      Santander Card Services,   Customer Service,   PO Box 841002,   Boston, MA 02284-1002
516793015      Shellpoint Mortgage Servicing,    a Div of Penn Financial - Cust Svc,   PO Box 10826,
                Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTJORR.COM Oct 10 2017 22:38:00      Thomas Orr,   Law Office of Thomas J. Orr,
                321 High Street,   Burlington, NJ 08016-4411
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2017 23:06:29      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2017 23:06:24      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516793007      EDI: BANKAMER.COM Oct 10 2017 22:38:00      Bank of America,   Customer Service,   PO Box 982235,
                El Paso, TX 79998-2235
516793008      EDI: AIS.COM Oct 10 2017 22:43:00      Capital One - Bankruptcy Department,
                c/o American Info Source,   PO Box 54529,   Oklahoma City, OK 73154-1529
516793010      EDI: TSYS2.COM Oct 10 2017 22:38:00      Juniper/BarclayCard,   Customer Service,   PO Box 8802,
                Wilmington, DE 19899-8802
516793013      EDI: RMSC.COM Oct 10 2017 22:38:00      Q Card - Synchrony Bank,   Bankruptcy Department,
                PO Box 965060,   Orlando, FL 32896-5060
516798811      +EDI: RMSC.COM Oct 10 2017 22:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
516793016      EDI: WFNNB.COM Oct 10 2017 22:38:00      Total Rewards Visa,   Comenity Bank Bankruptcy Dept,
                PO Box 182125,   Columbus, OH 43218-2125
516793018      E-mail/Text: vci.bkcy@vwcredit.com Oct 10 2017 23:06:35      Volkswagen Credit,
                Customer Service,   PO Box 3,   Hillsboro, OH 97123-0003
516793017      E-mail/Text: vci.bkcy@vwcredit.com Oct 10 2017 23:06:35      Volkswagen Credit,
                Customer Service,   PO Box 3,   Hillsboro, OR 97123-0003
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Thomas Orr,   Law Office of Thomas J. Orr,   321 High Street,   Burlington, NJ 08016-4411
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE
               SERVICING dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Peter   Broege    on behalf of Debtor Edward  Siel pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Peter   Broege    on behalf of Joint Debtor Linda R. Siel pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```