UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
EDWARD SIEL  
LINDA R. SIEL  

Case No.: 17-18647  
Chapter: 7  
Judge: CMG  

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on February 20, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Timeshare in St. Maarten
The debtor(s) purchased the property in 11983-1984 for $9,600. The property is valued at $3,000. Considering the timeshare market in general and the recent hurricane in St. Maarten, there would be no non-exempt equity in the timeshare.

Liens on property:

None.

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: /s/Thomas J. Orr, Trustee
Address: 321 High Street, Burlington, NJ 08016
Phone number: (609)386-8700

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-18647-CMG
Edward Siel                                                           Chapter 7
Linda R. Siel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jan 25, 2018
                        Form ID: pdf905         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
```
db/jdb         Edward Siel,    Linda R. Siel,    35 Hummingbird Ct,    Marlboro, NJ 07746-2510
516793007     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,    Customer Service,    PO Box 982235,
                El Paso, TX  79998-2235)
517163374       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516793009       Chase Mortgage,    Customer Support-Mail Code OH4-7302,    PO Box 24696,
                Columbus, OH 43224-0696
516793010       Juniper/BarclayCard,    Customer Service,    PO Box 8802,    Wilmington, DE 19899-8802
516793011       PNC Bank,    Centralized Customer Assistance,    PO Box 1366,    Pittsburgh, PA 15230-1366
516793012       PNC Bank Card Services,    Customer Service,    PO Box 3429,    Pittsburgh, PA 15230-3429
517260835      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
516793014       Santander Card Services,    Customer Service,    PO Box 841002,    Boston, MA 02284-1002
516793015       Shellpoint Mortgage Servicing,    a Div of Penn Financial - Cust Svc,    PO Box 10826,
                Greenville, SC 29603-0826
516793016       Total Rewards Visa,    Comenity Bank Bankruptcy Dept,    PO Box 182125,
                Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2018 23:28:41      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2018 23:28:38      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516793008       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2018 23:31:57
                Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
                Oklahoma City, OK 73154-1529
516793013       E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 23:32:06      Q Card - Synchrony Bank,
                Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517259951       E-mail/Text: bnc-quantum@quantum3group.com Jan 25 2018 23:28:26
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516798811      +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 23:31:38      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516793018       E-mail/Text: vci.bkcy@vwcredit.com Jan 25 2018 23:28:47      Volkswagen Credit,
                Customer Service,    PO Box 3,    Hillsboro, OH 97123-0003
516793017       E-mail/Text: vci.bkcy@vwcredit.com Jan 25 2018 23:28:47      Volkswagen Credit,
                Customer Service,    PO Box 3,    Hillsboro, OR 97123-0003
517220985      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2018 23:31:57      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 9
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 25, 2018
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE
               SERVICING dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Peter  Broege    on behalf of Debtor Edward  Siel pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Peter  Broege    on behalf of Joint Debtor Linda R. Siel pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Thomas   Orr    tom@torrlaw.com,   Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,   Torr@ecf.epiqsystems.com
              Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,   xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```