Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–18647–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Siel                                          Linda R. Siel
35 Hummingbird Ct                          35 Hummingbird Ct
Marlboro, NJ 07746–2510               Marlboro, NJ 07746–2510

Social Security No.:
xxx–xx–4068                                       xxx–xx–4773

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:            November 6, 2018
TIME:            02:00 PM
LOCATION:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:              $9,000.00
TOTAL DISBURSEMENTS:    $ 130.80
BALANCE ON HAND:            $8,869.20

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Thomas J. Orr, Esq.
Chapter 7 Trustee

COMMISSION OR FEES
$1,650.00

EXPENSES
$ 12.70

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 1, 2018
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-18647-CMG
Edward Siel                                                                 Chapter 7
Linda R. Siel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 01, 2018
                             Form ID: 192             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
```
db/jdb        Edward Siel,   Linda R. Siel,   35 Hummingbird Ct,   Marlboro, NJ  07746-2510
516793007     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank of America,   Customer Service,   PO Box 982235,
              El Paso, TX  79998-2235)
516793009     Chase Mortgage,   Customer Support-Mail Code OH4-7302,   PO Box 24696,
              Columbus, OH  43224-0696
516793010     Juniper/BarclayCard,   Customer Service,   PO Box 8802,   Wilmington, DE  19899-8802
516793011     PNC Bank,   Centralized Customer Assistance,   PO Box 1366,   Pittsburgh, PA  15230-1366
516793012     PNC Bank Card Services,   Customer Service,   PO Box 3429,   Pittsburgh, PA  15230-3429
517260835     +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
516793014     Santander Card Services,   Customer Service,   PO Box 841002,   Boston, MA  02284-1002
516793015     Shellpoint Mortgage Servicing,   a Div of Penn Financial - Cust Svc,   PO Box 10826,
              Greenville, SC  29603-0826


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:39     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516793008     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2018 01:12:06
              Capital One - Bankruptcy Department,   c/o American Info Source,   PO Box 54529,
              Oklahoma City, OK  73154-1529
517163374     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:11:23
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516793013     E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:28     Q Card - Synchrony Bank,
              Bankruptcy Department,   PO Box 965060,   Orlando, FL  32896-5060
517259951     E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2018 01:09:35
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516798811     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:23     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516793016     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:22     Total Rewards Visa,
              Comenity Bank Bankruptcy Dept,   PO Box 182125,   Columbus, OH  43218-2125
516793018     E-mail/Text: vci.bkcy@vwcredit.com Oct 02 2018 01:09:57     Volkswagen Credit,
              Customer Service,   PO Box 3,   Hillsboro, OH  97123-0003
516793017     E-mail/Text: vci.bkcy@vwcredit.com Oct 02 2018 01:09:57     Volkswagen Credit,
              Customer Service,   PO Box 3,   Hillsboro, OR  97123-0003
517220985     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2018 01:12:43     Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 11


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Oct 01, 2018
                                 Form ID: 192             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE
         SERVICING dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Peter  Broege    on behalf of Debtor Edward  Siel pbroege@bnfsbankruptcy.com,
         G1580@notify.cincompass.com
        Peter  Broege    on behalf of Joint Debtor Linda R. Siel pbroege@bnfsbankruptcy.com,
         G1580@notify.cincompass.com
        Thomas  Orr    tom@torrlaw.com,  Torr@ecf.epiqsystems.com
        Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
        Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,  xerna@aol.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                 TOTAL: 7