UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Attorney for Trustee

**Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Edward Siel and
Linda R. Siel,

Debtors.

Case No. 17-18647

Hearing Date: To Be Heard with TFR

Judge: Christine M. Gravelle

## ORDER FOR COMPENSATION AND EXPENSES
## FOR THOMAS J. ORR, TRUSTEE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Edward Siel, Inc. And LINDA R. SIEL
Case No. 17-18647 (CMG)
Caption of Order: Order Granting Allowances

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thomas J. Orr, Trustee | $1,650.00 | $12.70 |