UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Attorney for Trustee

In Re:

Edward Siel and
Linda R. Siel,

Debtors.

Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18647

Hearing Date: To Be Heard with TFR

Judge: Christine M. Gravelle

## ORDER FOR COMPENSATION AND EXPENSES
## FOR THOMAS J. ORR, TRUSTEE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Edward Siel, Inc. And LINDA R. SIEL
Case No. 17-18647 (CMG)
Caption of Order: Order Granting Allowances

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thomas J. Orr, Trustee | $1,650.00 | $12.70 |

United States Bankruptcy Court
District of New Jersey

In re:  
Edward Siel  
Linda R. Siel  
    Debtors

Case No. 17-18647-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.  
db/jdb        Edward Siel,   Linda R. Siel,   35 Hummingbird Ct,   Marlboro, NJ   07746-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE  
          SERVICING dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Peter   Broege    on behalf of Debtor Edward   Siel pbroege@bnfsbankruptcy.com,  
          G1580@notify.cincompass.com  
         Peter   Broege    on behalf of Joint Debtor Linda R. Siel pbroege@bnfsbankruptcy.com,  
          G1580@notify.cincompass.com  
         Thomas   Orr    tom@torrlaw.com,    Torr@ecf.epiqsystems.com  
         Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.epiqsystems.com  
         Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    xerna@aol.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 7