Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–18647–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Siel
35 Hummingbird Ct
Marlboro, NJ 07746–2510

Linda R. Siel
35 Hummingbird Ct
Marlboro, NJ 07746–2510

Social Security No.:
xxx–xx–4068

xxx–xx–4773

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 15, 2019</u>

<u>Christine M. Gravelle</u>
Judge, United States Bankruptcy Court